Rose E. Campbell, Appellant, v. Goldblatt Brothers,
Inc., Appellee.

Gen. No. 42,270.

opinion filed June 30, 1943. Clarence M. Dunagan and Geoffrey Fleming, for appellant; Abraham B. Litow, for appellee. Opinion by JUSTICE KILEY. "Not to be published in full."